IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CARRIE L. THOM,

        Plaintiff,                               10-CV-3069-ST

v.                                           JUDGMENT

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.

      Based on the record, it is hereby ORDERED and ADJUDGED that the Commissioner's decision is REVERSED, and this case REMANDED pursuant to Sentence Four of 42 USC § 405(g) for the calculation and award of benefits.

      DATED this 26th day of July, 2011.

                                                     s/ Janice M. Stewart_____
                                                   Janice M. Stewart
                                                   United States Magistrate Judge